UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

         -V-             :            #11 Cr 912 (JFK)

       Boothe

------------------------------X

The violation of supervised release conference is adjourned from June 24, 2020 to September 10, 2020 at 11:15 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
6-8-20

*[signature]*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-20