Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

June 29, 2020

**VIA ECF**
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Eric Boothe*
      **11-cr-912 (JFK)**

Dear Judge Keenan,

This letter is submitted on behalf of my client, Eric Boothe. As the Court is aware, the terms of Mr. Boothe's appearance bond currently require home incarceration. Mr. Boothe respectfully requests that the Court modify the terms of his bond to allow him to leave his home for employment and/or any programs that Probation believes would be beneficial. Mr. Boothe would of course continue with electronic location monitoring and would abide any curfew set by Probation.

U.S. Probation, by Probation Officer Sandra Osman, and the government, by A.U.S.A. Christopher J. DiMase, have both been informed of this request and neither takes a position on it. Probation does note that Mr. Boothe is doing well.

Respectfully submitted,

*Meredith Heller*

Meredith S. Heller

Cc:   A.U.S.A. Christopher J. DiMase (via ECF)
      U.S.P.O. Sandra Osman (via email)

```
The Government and Probation Office having no objection, Defendant's
request is GRANTED.  Defendant shall continue to be monitored by
electronic location monitoring, and he must comply with any instructions
or additional requirements requested by Probation, such as a curfew.

SO ORDERED.

Dated:  New York, New York
        June 30, 2020
                                        _____
                                        John F. Keenan
                                        United States District Judge
```